IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| DARIN FETH and CARLY FETH, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 1:26-cv-1726 |
| | ) | |
| REAL HOSPITALITY GROUP, LLC and STONEBRIDGE COMPANIES, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## COMPLAINT FOR DAMAGES

Plaintiffs, Darin Feth and Carly Feth, for their complaint against Defendants, Real Hospitality Group, LLC and Stonebridge Companies, LLC, state the following:

### I. Parties

1. Plaintiffs are residents of Carmel, Indiana.

2. Defendant, Real Hospitality Group, LLC ("RHG"), is a business which managed a hotel in Indianapolis, Indiana at all times relevant to this matter.

3. Defendant, Stonebridge Companies, LLC ("Stonebridge"), is a business which acquired Real Hospitality Group, LLC.

4. Stonebridge managed a hotel in Indianapolis, Indiana at all times relevant to this matter.

### II. Jurisdiction and Venue

5. This court has jurisdiction to hear these claims pursuant to 28 U.S.C. §1331, in that the claims arise under the laws of the United States. Specifically, Plaintiffs bring this action to enforce their rights pursuant to the Employee Retirement Security Act ("ERISA").

6. Venue in the Southern District of Indiana, Indianapolis Division, is appropriate by virtue of Plaintiffs' residence and Defendants' doing business in this District.

## II. Factual Allegations

7. On March 22, 2024, RHG offered Mr. Feth the position of Director of Sales for the Le Meridien located in Indianapolis, Indiana.

8. Mr. Feth began working for RHG on or about April 8, 2024.

9. Mr. Feth was an employee of RHG.

10. Mr. Feth was a salaried employee of RHG.

11. On or about July 1, 2024, Mr. Feth became eligible for certain insurance benefits through RHG.

12. Mr. Feth had medical insurance through RHG.

13. Mrs. Feth and their minor children had medical insurance through RHG.

14. Mr. Feth had vision insurance through RHG.

15. Mrs. Feth and their minor children had vision insurance through RHG.

16. Mr. Feth had dental insurance through RHG.

17. Mrs. Feth and their minor children had dental insurance through RHG.

18. Upon information and belief, Mr. and Mrs. Feth could have had other benefits covered by ERISA.

19. Upon information and belief, Stonebridge acquired FHG on May 22, 2024.

20. On August 6, 2024, Mr. Feth fell at work and sustained substantial injuries.

21. On August 6, 2024, Mr. Feth suffered an injury that was covered by Worker's Compensation insurance.

22. Mr. Feth went out on medical leave for a Worker's Compensation injury on August 6, 2024.

23. While on medical leave, the insurance benefits of Mr. and Mrs. Feth were terminated.

24. At the time of the termination of their benefits, Plaintiffs are not sure if RHG or Stonebridge was administering the benefits.

25. Following the termination of Mr. and Mrs. Feth's insurance benefits, RHG and/or Stonebridge failed to provide Mr. Feth with a COBRA Notice of Rights.

26. Following the termination of Mr. and Mrs. Feth's insurance benefits, RHG and/or Stonebridge failed to provide Mrs. Feth with a COBRA Notice of Rights.

**Count I**
**Violations of ERISA**

27. Plaintiffs incorporate paragraphs 1 through 26 by reference herein.

28. Mr. Feth had health benefits through RHG.

29. Mrs. Feth and their minor children had health benefits through RHG.

30. RHG and/or Stonebridge failed to send Mr. Feth a Notice of COBRA Rights following the termination of his benefits.

31. RHG and/or Stonebridge failed to send Mrs. Feth a Notice of COBRA Rights following the termination of her benefits.

32. As a result, Plaintiffs have suffered damages.

33. Plaintiffs have been damaged by Defendants' conduct.

WHEREFORE, Plaintiffs pray that the Court:

A. Enter an order awarding all actual damages of Plaintiffs.

B. Grant any and all equitable relief available to Plaintiffs.

C. Enter an order awarding Plaintiffs daily penalty damages.

D. Enter an order awarding Plaintiffs all reasonable attorney fees and expenses incurred.

E. Enter an award for such other relief as may be just and appropriate.

Respectfully submitted,

WELDY LAW

*/s/Ronald E. Weldy*
Ronald E. Weldy, #22571-49
Counsel for Plaintiffs,
Darin Feth and Carly Feth

WELDY LAW
11268 Governors Lane
Fishers, IN 46037
Tel: (317) 842-6600
Fax: (317) 288-4013
E-mail: rweldy@weldylegal.com